UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| MARK LEE BARBOZA,<br>　　　　　Plaintiff,<br><br>v.<br><br>SEAN STENGAL,<br>　　　　　Defendant. | Case No. 1:18-cv-00580-LJO-EPG (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT MARK LEE BARBOZA, CDC #H-69098, PLAINTIFF'S WITNESS<br><br>DATE: September 19, 2019<br>TIME: 1:30 p.m. |
|---|---|

　　Mark Lee Barboza, inmate, CDC #H-69098, a necessary and material witness for Plaintiff in proceedings in this case on September 19, 2019, is confined at Mule Creek State Prison, 4001 Highway 104, Ione, CA 95640, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Courtroom #25, 8th Floor, United States Courthouse, 501 I Street, Sacramento, California, on September 19, 2019, at 1:30 p.m.

### ACCORDINGLY, IT IS ORDERED that:

　　1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

　　2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of Mule Creek State Prison**

　　**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court.

　　**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: __**August 15, 2019**__　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

