UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK LEE BARBOZA,<br><br>        Plaintiff,<br><br>    v.<br><br>SEAN STENGEL,<br><br>        Defendant. | Case No. 1:18-cv-00580-LJO-EPG (PC)<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF NO. 30) |

On October 16, 2019, the parties filed a joint stipulation dismissing this action with prejudice and with each party bearing its own costs and attorneys' fees. (ECF No. 30).[1] In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs or attorneys' fees. Accordingly, the Clerk of Court is directed to close this case. However, the Court retains jurisdiction over the litigation to enforce the terms of the parties' settlement agreement.

IT IS SO ORDERED.

    Dated: **October 17, 2019**  /s/ Erica P. Grosjean
                                                                 UNITED STATES MAGISTRATE JUDGE

---

[1] The stipulation states that it is conditioned upon the Court retaining jurisdiction to enforce the parties' settlement agreement. (ECF No. 30, p. 1). The Court will retain jurisdiction to enforce the settlement agreement.